UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND BRIAN RUIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>SNOHOMISH COUNTY JAIL and SNOHOMISH COUNTY SHERIFF'S OFFICE,<br><br>        Defendants. | 2:15-cv-01370-TSZ<br><br>ORDER |

THIS MATTER comes before the Court on the Report and Recommendation ("R&R"), docket no. 3, of the Honorable James P. Donohue, United States Magistrate Judge. Having reviewed the R&R, to which no timely objections were made, the Court enters the following order:

(1) The Court adopts the R&R and DISMISSES the case without prejudice.

(2) The Court notes that the R&R was sent to plaintiff at his last known address at the Snohomish County Jail, but was returned as he is no longer resident there. Plaintiff does not appear to be in the custody of the Washington Department of Corrections.

ORDER - 1

Plaintiff has an obligation to promptly inform the Court of any change in address, which he has failed to do.

      (3)    The Clerk is directed to send a copy of this Order to all counsel of record and to Magistrate Judge Donohue.

IT IS SO ORDERED.

Dated this 7th day of November, 2015.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2